

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | Cause No.: DR: 25-CR-628-EG |
| § | |
| v. § | **SUPERSEDING INFORMATION** |
| § | |
| § | [COUNT 1: 18 U.S.C. § 111(a)(1): |
| FRANKLIN ALEXIS FLORENTINO- § | Assaulting, Resisting or Impeding Certain |
| BANEGAS A/K/A FRANKLIN ALEXIS § | Officers or Employees (Misdemeanor).] |
| FLORENTINO-BENEGAS, § | |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 111(a)(1)]

On or about February 17, 2025, in the Western District of Texas, Defendant,

FRANKLIN ALEXIS FLORENTINO-BANEGAS A/K/A FRANKLIN ALEXIS
FLORENTINO-BENEGAS,

did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol agent J.S. who is an officer and employee of an agency of the United States, while said agent was engaged in and on account of the performance of his official duties, and such acts involved physical contact with said agent, all in violation of Title 18, United States Code, Section 111(a)(1).

JUSTIN R. SIMMONS
United States Attorney

By: *Tyler Fleming*
TYLER FLEMING
Assistant United States Attorney